CO-386-online
10/03

# United States District Court
# For the District of Columbia

Fisheries Survival Fund )
)
)
)
        Plaintiff )
vs )        Civil Action No._____
)
Honorable Carlos Gutierrez, in his official )
capacity as Secretary of Commerce )
)
        Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Fisheries Survival Fund__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Fisheries Survival Fund__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
*[signature]*
Signature

414170
BAR IDENTIFICATION NO.

David E. Frulla
Print Name

Kelley Drye & Warren LLP, 3050 K Street, NW, Suite 400
Address

Washington, DC 20007
City           State           Zip Code

(202) 342-8400
Phone Number