AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Fisheries Survival Fund

                Plaintiff(s)    )    **APPEARANCE**

                    vs.    )    CASE NUMBER

Honorable Carlos Gutierrez, in his official capacity as Secretary of Commerce

               Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of  Shaun M. Gehan  as counsel in this
                             (Attorney's Name)

case for:  Fisheries Survival Fund
             (Name of party or parties)

5/13/08
Date

*[signature]*
Signature

Shaun M. Gehan
Print Name

Kelley Drye & Warren LLP, 3050 K Street, NW, Suite 400
Address

483720
BAR IDENTIFICATION

Washington, DC 20007
City    State    Zip Code

(202) 342-8400
Phone Number