AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Fisheries Survival Fund

**SUMMONS IN A CIVIL CASE**

V.

Honorable Carlos Gutierrez, in his official capacity as Secretary of Commerce

CASE Case: 1:08-cv-00827
Assigned To : Walton, Reggie B.
Assign. Date : 5/13/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

Attorney General Michael B. Mukasey
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David E. Frulla
Kelley Drye & Warren LLP
3050 K Street, NW, Suite 400
Washington, DC 20007

an answer to the complaint which is served on you with this summons, within _____45_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    MAY 13 2008
_____             _____
CLERK                                          DATE

_____
(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Fisheries Survival Fund** <br><br> **Plaintiff** <br><br> v. <br><br> **The Honorable Carlos Gutierrez, in his official capacity as the Secretary of Commerce, United States Department of Commerce** <br><br> **Defendant** | ) <br> ) <br> ) <br> ) <br> ) Case No.: 1:08-cv-00827 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Michael Reeder, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint for Injunctive and Declaratory Relief and Initial Electronic Case Filing Order on Attorney General Michael B. Mukasey in the above entitled case, hereby depose and say:

That I am over the age of eighteen and that I am not a party to or otherwise interested in this suit.

That my place of business is 1827 18th Street, NW, Washington, DC 20009-5526 (202) 667-0050.

That on May 28, 2008 at 1:11 PM, I served the within Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint for Injunctive and Declaratory Relief and Initial Electronic Case Filing Order on Attorney General Michael B. Mukasey at United States Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001 by serving Donna Monroe, General Clerk II, authorized to accept. Described herein:

Gender: Female   Race/Skin: Black   Hair: Black   Age: 45   Height: 5'8"   Weight: 170

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

5-29-08
Executed on:

Michael Reeder
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050