## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FISHERIES SURVIVAL FUND<br>2 Middle Street<br>Fairhaven, MA 02719<br><br>    Plaintiff,<br><br>    v.<br><br>THE HONORABLE CARLOS GUTIERREZ,<br>in his official capacity as Secretary of<br>Commerce<br>United States Department of Commerce<br>1401 Constitution Avenue<br>Washington DC 20230<br><br>    Defendant. | No. 1:08-cv-00827<br><br>**NOTICE OF APPEARANCE** |

To the Court, the parties, and their attorneys of record,

PLEASE TAKE NOTICE that Lisa Lynne Russell, of the Environment and Natural Resources Division, Wildlife and Marine Resources Section, United States PDepartment of Justice, enters her appearance for Federal Defendant, the Honorable Carlos Gutierrez, in his official capacity as Secretary of Commerce.  Contact information for Ms. Russell is as follows:

Postal Service Delivery Address:
Environment and Natural Resources Division
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C.  20044-7369

Hand Delivery Address:
United States Department of Justice
601 D Street, NW – Room 3026
Washington, D.C. 20004

Electronic Mail:       lisa.russell@usdoj.gov

Telephone:     202-305-0388
Facsimile:     202-305-0275

DATED: June 16, 2008

                    RONALD J. TENPAS
                    Assistant Attorney General
                    JEAN WILLIAMS, Chief

                    s/ Lisa Lynne Russell
                    LISA LYNNE RUSSELL, Assistant Chief
                    Missouri Bar No. 43895
                    United States Department of Justice
                    Environment & Natural Resources Division
                    Wildlife & Marine Resources Section
                    P.O. Box 7369, Ben Franklin Station
                    Washington, D.C. 20044-7369
                    Tel: (202) 305-0388
                    Fax: (202) 305-0275

                    Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 16, 2008, I caused a copy of the foregoing Notice of Appearance to be served on the following counsel by means of the District Court's electronic filing system.

David E. Frulla
Kelly Drye & Warren LLP
3050 K Street, NW, Suite 400
Washington DC 20007

                                                /s/ Lisa Lynne Russell
                                                Lisa Lynne Russell